## ANDREWS ASSOCIATES v. SODIBAR SYSTEMS

No. 127 PC.

Case below: 28 N.C. App. 663.

Petition for discretionary review under G.S. 7A-31 denied 3 May 1976.

## DUKE UNIVERSITY v. CHESTNUT

No. 114 PC.

Case below: 28 N.C. App. 568.

Petition for discretionary review under G.S. 7A-31 dismissed.

## SKINNER v. SKINNER

No. 80 PC.

Case below: 28 N.C. App. 412.

Petition for discretionary review under G.S. 7A-31 denied 3 May 1976.

## STATE v. BARKER

No. 93.

Case below: 28 N.C. App. 729.

Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 15 April 1976.

## STATE v. EVANS AND ATKINSON

No. 102 PC.

Case below: 28 N.C. App. 729.

Petition for discretionary review under G.S. 7A-31 denied 3 May 1976. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 3 May 1976.